IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANINE FALARDO-WELLER,** | : | CIVIL ACTION NO. 1:18-CV-1719 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **ANDREW M. SAUL,** | : | |
| **Commissioner of Social Security,** | : | |
| | : | |
| Defendant | : | |

# ORDER

AND NOW, this 19th day of May, 2020, upon consideration of the appeal (Doc. 1) of plaintiff Janine Falardo-Weller from the adverse decision of the Commissioner of Social Security and the report (Doc. 16) of Chief Magistrate Judge Susan E. Schwab recommending that the court deny Falardo-Weller's appeal and affirm the Commissioner's decision, and further upon consideration of Falardo-Weller's objections (Doc. 17) to the report and the Commissioner's response (Doc. 18) thereto, and for the reasons stated in the accompanying memorandum of today's date, it is hereby ORDERED that:

1. The court declines to adopt the report (Doc. 16) of Chief Magistrate Judge Schwab.

2. The Clerk of Court shall enter judgment in favor of Falardo-Weller and against the Commissioner as set forth in the following paragraph.

3. The Commissioner's decision is VACATED, and this matter is REMANDED to the Commissioner with instructions to conduct a new administrative hearing, develop the record fully, and evaluate the evidence appropriately in accordance with the court's accompanying memorandum.

4. The Clerk of Court shall thereafter CLOSE this case.

          /S/ CHRISTOPHER C. CONNER
          Christopher C. Conner, Chief Judge
          United States District Court
          Middle District of Pennsylvania